IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ASHUTOSH SHARMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMAZONTXCARE EMPLOYEE | ) |
| INJURY BENEFIT PLAN and | ) |
| AMAZON.COM, INC., | ) |
| | ) |
| Defendants. | )   Civil Action No. 3:21-CV-054-C |

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Defendants' Motion for Summary Judgment should be granted and Plaintiff's Motion for Summary Judgment should be denied.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that Defendants' Motion for Summary Judgment be **GRANTED**.

---

[1] Plaintiff has failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.

Plaintiff's Motion for Summary Judgment is **DENIED** and all claims asserted against Defendants are **DISMISSED**.

SO ORDERED.

Dated March 28, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE