IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASHUTOSH SHARMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMAZONTXCARE EMPLOYEE | ) | |
| INJURY BENEFIT PLAN and | ) | |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendants. | ) | Civil Action No. 3:21-CV-054-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date, therein adopting the United

States Magistrate Judge's Findings, Conclusions, and Recommendation,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered

civil action be **DISMISSED**.

SIGNED this 28 day of March, 2022.


_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE